# Court of Appeals
# of the State of Georgia

ATLANTA, March 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1316. KWAME SHABAZZ v. THE STATE.**

In January 2016, Kwame Shabazz pled guilty to criminal attempt to commit murder and possession of a knife during the commission of a felony, and the trial court imposed a 20-year sentence, with the first 7 years to be served in prison, and the remainder to be served on probation. In June 2016, Shabazz filed a motion to modify his sentence. The trial court denied the motion on December 16, 2016, and Shabazz filed a notice of appeal on February 14, 2017.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Shabazz's notice of appeal is untimely, as it was filed 60 days after entry of the trial court's order. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/30/2017
*I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*

---

[1] Shabazz's notice of appeal is dated January 19, 2017, but was not filed in the trial court until February 14, 2017.